# Court of Appeals
# of the State of Georgia

ATLANTA,  July 05, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1874.  SEAN MICHAEL LEWIS v. THE STATE.**

On May 17, 2016, the trial court found Sean Michael Lewis guilty of reckless conduct and making terroristic threats.  Lewis was represented by counsel at trial.  On June 10, 2016, Lewis filed a pro se motion for a new trial.  Lewis subsequently filed a counseled amended motion for a new trial on October 19, 2017.   The trial court denied Lewis's motions on April 11, 2018, and Lewis filed a direct appeal from that order.  We, however, lack jurisdiction.

Pro se filings by represented parties are legal nullities.  *White v. State*, 302 Ga. 315, 319 (2) (806 SE2d 489) (2017).  In this case, counsel represented Lewis at trial, and there is no indication in the record that counsel filed a motion to withdraw.  See id. at 318 (2) ("[D]efense counsel's duties toward their clients extend for at least the 30 days after the entry of judgment when a notice of appeal may be filed).  Accordingly, only counsel was authorized to file a motion for new trial.  Although a motion for new trial may extend the time in which appellate relief may be sought, it must be filed within 30 days of the entry of judgment.  OCGA §§ 5-5-40 (a).  An untimely motion for a new trial is void and does not toll the time for filing a notice of appeal.  See *Wright v. Rhodes*, 198 Ga. App. 269, 269 (401 SE2d 35) (1990).  Thus, because counsel did not file a motion for new trial within 30 days after entry of the judgment of conviction, the motion did not extend the appeal deadline.  Accordingly, Lewis's notice of appeal is untimely, and this case is hereby DISMISSED for lack of jurisdiction.

To the extent that Lewis's right to appeal has been frustrated by errors of

counsel, he may be entitled to an out-of-time appeal.  See *Rowland v. State*, 264 Ga. 872, 875-876 (2) (452 SE2d 756) (1995).  He therefore is informed of the following in accordance with *Rowland*, 264 Ga. at 875-876 (2):  This appeal has been dismissed because you failed to file a timely notice of appeal.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction.  If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal. The clerk of court is DIRECTED to send a copy of this order to Lewis as well as to Lewis's attorney, who is also DIRECTED to send a copy to Lewis.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  07/05/2018

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*